UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNY B. WRIGHT (#87940)

VERSUS

LOUISIANA STATE PENITENTIARY

CIVIL ACTION

NO. 11-104-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 12, 2011 (doc. no. 8). The plaintiff has filed an objection which the court has considered and finds that it lacks any merit factually or legally.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Complaint is DISMISSED, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, this 10th day May, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA